IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY WAYNE BARTLETT**  PLAINTIFF
ADC #134693

v.  CASE NO. 4:25-CV-00037-BSM

**DEXTER PAYNE,** *et al.*  DEFENDANTS

## ORDER

Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 6] is adopted and Terry Bartlett's complaint is dismissed without prejudice for failure to state a claim. This dismissal counts as a strike for the purposes of 28 U.S.C. section 1915(g) and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 24th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE