IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY WAYNE BARTLETT**                                                      **PLAINTIFF**
ADC #134693

v.                        CASE NO. 4:25-CV-00037-BSM

**DEXTER PAYNE,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE